No. 1132. NEBEL TOWING CO., INC., ET AL. *v.* OLYMPIC TOWING CORP. C. A. 5th Cir. Certiorari denied. *John W. Sims* and *Margot Mazeau* for petitioners. *Malcolm W. Monroe* for respondent.

No. 1133. KESLER *v.* DEPARTMENT OF MOTOR VEHICLES OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Hyman Gold* for petitioner.

No. 1135. MUSCAT ET AL. *v.* NORTE & Co. C. A. 2d Cir. Certiorari denied. *Murray I. Gurfein* for Muscat, and *William R. Glendon* for Huffines, petitioners. *Milton Paulson* for respondent.

No. 1138. McGUIRE ET AL. *v.* SCHUYLER, COMMISSIONER OF PATENTS. C. C. P. A. Certiorari denied. *Bruce B. Krost* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Alan S. Rosenthal* for respondent.

No. 1143. MIDWESTERN UNITED LIFE INSURANCE Co. *v.* BRENNAN. C. A. 7th Cir. Certiorari denied. *Albert E. Jenner, Jr., Thomas P. Sullivan, John C. Tucker,* and *G. R. Redding* for petitioner. *Charles B. Feibleman* for respondent.

No. 1144. SOMLO ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John G. Premo* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Robert V. Zener,* and *Robert E. Kopp* for the United States.